```
Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277
```

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| Sandra M. Reed<br><br>Dana L. Coleman | ) Chapter 13<br>)<br>) Case No.: 8:10-bk-18035-RK<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3010)**<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301088** in the sum of **$ 15.00** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and address of the party entitled to said unclaimed dividend is as follows:

```
ORANGE COUNTY TAX COLLECTOR
PO BOX 1438
SANTA ANA, CA 92653
```

Date: September 19, 2011            /S/_____
                                    Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1018035 | Sandra M. Reed & Dana L. Coleman<br>ACCT: 098-492-01.00 | Claim: 00050 | XXX-XX-2601<br>XXX-XX-4742 | 15.00 | 0.00 | 15.00 |
| | | TOTALS | | 15.00 | 0.00 | 15.00 |

Sandra M. Reed
Dana L. Coleman
BALANCE:      1,266.53    [0.00  27/00050]
SSN: XXX-XX-2601    SSN: XXX-XX-4742
ACCT: 098-492-01.00         CASE: 1018035
PRINCIPAL:     15.00    INTEREST:     0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79 / 611

0301088

Jul 24, 2011

VOID 90 DAYS FROM DATE

*********$15.00

PAY    Fifteen And 00 / 100 Dollars

TO THE
ORDER OF    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈"0301088"⑈  ⑆061100790⑆:000000575186 2⑈"

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.