Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| Sandra M. Reed<br><br>Dana L. Coleman | ) Chapter 13<br>)<br>) Case No.: 8:10-bk-18035-RK<br>)<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3010)**<br>)<br>)<br>)<br>) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301089** in the sum of **$  15.00**

representing an unclaimed dividend in the above-entitled Debtor's estate.

Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and

address of the party entitled to said unclaimed dividend is as follows:

      ORANGE COUNTY TAX COLLECTOR
      PO BOX 1438
      SANTA ANA, CA 91410

Date: September 19, 2011                /S/_____
                                            Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1018035 | Sandra M. Reed & Dana L. Coleman<br>ACCT: 098-492-01.00 | Claim: 00051 | XXX-XX-2601<br>XXX-XX-4742 | 15.00 | 0.00 | 15.00 |
| | | TOTALS | | 15.00 | 0.00 | 15.00 |

Sandra M. Reed
Dana L. Coleman
BALANCE:         1,121.00      [0.00 27/00051]
SSN: XXX-XX-2601     SSN: XXX-XX-4742
ACCT: 098-492-01.00          CASE: 1018035
PRINCIPAL:          15.00   INTEREST:           0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301089

Jul 24, 2011

VOID 90 DAYS FROM DATE

*********$15.00

PAY   Fifteen And 00 / 100 Dollars

TO THE
ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301089⑈ ⑆061100790⑆ 000005751862⑈